■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SANTIAGO, Appellant.—Appeal by the defendant from

three judgments of the County Court, Suffolk County (Tisch, J.), all rendered July 1, 1986.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Lawrence, Rubin, Harwood and Balletta, JJ., concur.